**Dismiss and Opinion Filed June 27, 2023**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-23-00595-CV

**ROGER AND LYNNE REYNOLDS, Appellants**

**V.**

**CHARLES BREWER, JANE FOSTER AND TWELVE FIVE HUNDRED
PRESTON OWNERS ASSOCIATION, INC., Appellees**

**On Appeal from the 44th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-20-06001**

## MEMORANDUM OPINION

Before Justices Molberg, Carlyle, and Smith
Opinion by Justice Molberg

Stating the summary judgment orders that are the subject of this appeal have

been vacated and a new trial granted, appellants have filed a motion to dismiss the

appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Ken Molberg//

KEN MOLBERG
JUSTICE

230595f.p05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ROGER AND LYNNE
REYNOLDS, Appellants

No. 05-23-00595-CV      V.

CHARLES BREWER, JANE
FOSTER AND TWELVE FIVE
HUNDRED PRESTON OWNERS
ASSOCIATION, INC., Appellees

On Appeal from the 44th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-20-06001.
Opinion delivered by Justice
Molberg, Justices Carlyle and Smith
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellees Charles Brewer, Jane Foster and Twelve Five Hundred Preston Owners Association, Inc. recover their costs, if any, of this appeal from appellants Roger and Lynne Reynolds.

Judgment entered this 27th day of June 2023.